Vergil B. COX, Appellant, v. STATE of Texas, Appellee. (No. 12730.)

Court of Criminal Appeals of Texas. June 26, 1929.

Rehearing Denied Oct. 30, 1929.

Truett & Neathery, of McKinney, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Charles DEAN, alias Charles William Brooks, Appellant, v. STATE of Texas, Appellee. (No. 12814.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

M. V. Ward, of El Paso, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is embezzlement of property over the value of $50; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

J. J. DERRICK and Luther Carr, alias Luther Derrick, Appellants, v. STATE of Texas, Appellee. (No. 13106.)

Court of Criminal Appeals of Texas. Oct. 23, 1929.

C. W. Falvey, of Lufkin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, two years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Robert DUGAR, Appellant, v. STATE of Texas, Appellee. (No. 12846.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

L. M. Gernsbacher, of Galveston, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, robbery by assault; penalty, fifteen years.

The record is bare of any statement of facts or bill of exceptions, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Curtis DUKE, Appellant, v. STATE of Texas, Appellee. (No. 12883.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.